IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01222-BNB

JOEY YOUNG,

    Plaintiff,

v.

ARAPAHOE COUNTY DETENTION FACILITY, and
PATRICK J. SULLIVAN DETENTION FACILITY,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 5 2007

GREGORY C. LANGHAM
                  CLERK

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Joey Young, is confined at the Arapahoe County Detention Facility in Centennial, Colorado. Mr. Young has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 complaining about the conditions of his confinement. The court must construe the complaint liberally because Mr. Young is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Young will be ordered to file an amended complaint.

The court has reviewed the complaint filed in this action and finds that it is deficient because Mr. Young fails to name a proper Defendant. As noted above Mr. Young complains about the conditions of his confinement at the Arapahoe County Detention Facility. He asserts his claims pursuant to 42 U.S.C. § 1983. However, § 1983 "provides a federal cause of action against any person who, acting under color of

state law, deprives another of his federal rights." **Conn v. Gabbert**, 526 U.S. 286, 290 (1999). Mr. Young has not named as Defendants any person or entity that actually has violated his rights. Instead, he has named as Defendants the facility in which he is housed. Therefore, Mr. Young will be ordered to file an amended complaint. Mr. Young should name as Defendants in the amended complaint the individuals or entities he believes actually violated his constitutional rights. Accordingly, it is

ORDERED that Mr. McNally file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McNally, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. McNally fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED June 15, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01222-BNB

Joey Young
Prisoner 0616758
Arapahoe County Det. Facility
PO Box 4918
Centennial, CO 80155-4918

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 6/15/07

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk