IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01222-WYD-CBS

JOEY YOUNG,

    Plaintiff,

v.

SGT. RICHARD MARTINEZ/Head of Maintences [sic], and
ARAMARK SERVICES/ Head of Landomry [sic] Services,

    Defendants.

```
                    F I L E D
            UNITED STATES DISTRICT COURT
                 DENVER, COLORADO

                   JUL 19 2007

              GREGORY C. LANGHAM
                                CLERK
```

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: July 17, 2007

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01222-WYD-CBS

Joey Young
Prisoner No. 06-16758
Arapahoe County Det. Facility
PO Box 4918 - 4A8
Centennial, CO 80155-4918

US Marshal Service
Service Clerk
Service forms for: Sgt. Richard Martinez, and Aramark Services


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Sgt. Richard Martinez, and Aramark Services: AMENDED COMPLAINT FILED 7/02/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/19/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk