IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01222-WYD-CBS

JOEY YOUNG,
    Plaintiff,
v.

SGT. RICHARD MARTINEZ, Head of Maintences [sic], and
ARAMARK SERVICES, Head of Laundry Services,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action came before the court on November 19, 2007 for a hearing on: (1) Mr. Young's "Motion to amend Add a defendant pursuant to rule 15(a) [sic]" (filed September 25, 2007) (doc. # 30); and (2) Mr. Young's "Motion to amend Add a defendant pursuant to rule 15(a) [sic]" (filed November 14, 2007) (doc. # 37). At the hearing, the court denied Mr. Young's motions without prejudice for failure to submit a copy of a proposed Second Amended Complaint.

    Also currently pending before the court are Defendants Martinez' and Aramark's Motions to Dismiss (docs. # 16 and # 27). At the hearing, Mr. Young indicated that he wishes to submit another motion to amend his pleadings and that his amendments may alter his claims against the current Defendants, Sgt. Martinez and Aramark. In the interests of judicial economy regarding a ruling on the pending motions to dismiss in light of Mr. Young's intention to further amend his pleadings,

    IT IS ORDERED that Mr. Young may further move to amend his pleadings **on or before December 10, 2007**.

DATED at Denver, Colorado, this 19th day of November, 2007.

BY THE COURT:

   s/Craig B. Shaffer   
United States Magistrate Judge