IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01222-WYD-CBS

JOEY YOUNG,
         Plaintiff,
v.

SGT. RICHARD MARTINEZ, Head of Maintences [sic], and
ARAMARK SERVICES, Head of Laundry Services,
         Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

        This civil action comes before the court on Mr. Young's "Prisoner Leave to Amend Complaint (2) [sic]" (filed December 14, 2007) (doc. # 42) (docketed by the Clerk of the Court as a Motion to Amend Complaint and Combined Complaint).  Pursuant to the Order of Reference dated July 16, 2007 (doc. # 8) and the memorandum dated December 14, 2007 (doc. # 43), this matter was referred to the Magistrate Judge.  The court having reviewed the Motion and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

        1.      In light of the filing of Mr. Young's Motion to Amend and proposed Second Amended Complaint (doc. # 42) on December 14, 2007, the court's Order dated December 12, 2007 (doc. # 41) is VACATED as unnecessary.

        2.      Defendants shall respond to Mr. Young's Motion to Amend (doc. # 42) **on or before January 4, 2008**.

        DATED at Denver, Colorado, this 12th day of December, 2007.

                                                BY THE COURT:


                                                    s/Craig B. Shaffer
                                                United States Magistrate Judge